## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| JOHN SMITH, | ) | |
|     **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **v.** | ) | |
| | ) | _____ |
| **UNDER ARMOUR RETAIL** | ) | |
| **OF TENNESSEE, LLC,** | ) | |
| | ) | |
|     **Defendant.** | ) | |
| | ) | |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.2 of the Middle District of Tennessee and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Mr. Smith certifies that:

**1.** Plaintiff John Smith is an individual.

**2.** There are no parents, subsidiaries, and/or affiliates to be reported.

Respectfully Submitted, this the 13th Day of April, 2017.

/s/ *Michael F. Braun* _____
**Michael F. Braun**
**TN Bar # 032669**
*Of Counsel for the Plaintiff*
P.O. Box 364
Brentwood, TN 37024
615.378.8942 p
334.819.4032 f
MFB@ADA-Firm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 13th day of April, 2017 to the following:

**UNDER ARMOUR RETAIL OF TENNESSEE, LLC**
c/o CT Corporation System
attn.: Registered Agent
800 S Gay St., STE 2021
Knoxville, TN 37929-9710

/s/*Michael F. Braun*
**Michael F. Braun**
**TN Bar # 032669**
*Of Counsel for the Plaintiff*
P.O. Box 364
Brentwood, TN 37024
615.378.8942 p
334.819.4032 f
MFB@ADA-Firm.com