Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Under Armour Retail of tennesse, LLC
was received by me on *(date)* 4-21-17 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
See attached Return Receipt from USPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-24-17

*Server's signature*

Nate Prohaski (Paralegal)
*Printed name and title*

401 Carmichael Road, Suite 516, Montgomery AL 34106
*Server's address*

Additional information regarding attempted service, etc:

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   UNDER ARMOUR RETAIL OF TENNESSEE, LLC
   c/o CT Corporation System
   attn.: Registered Agent
   800 S Gay St., STE 2021
   Knoxville, TN 37929-9710

2. Article Number
   (Transfer from service label)
   7013 1090 0001 5064 1941

PS Form 3811, February 2004     Domestic Return Receipt

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X  Samantha Sutton
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
   APR 21 2017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

