**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOHN SMITH** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 3:17-cv-00714** |
| | ) | **CHIEF JUDGE CRENSHAW** |
| **UNDER ARMOUR RETAIL** | ) | **MAGISTRATE NEWBERN** |
| **OF TENNESSEE, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW, the parties to this action, and hereby jointly move for an Order dismissing

the action with prejudice.

Respectfully Submitted, this the 6th Day of July, 2017.


/s/ Michael F. Braun
_____
MICHAEL F. BRAUN (BPR 032669)
L. LANDIS SEXTON
TRACY B. BIRDSONG
Attorneys for Plaintiff
P. O. Box 364
Brentwood, TN 37024
(615) 378-8942
Fax: (334) 819-4032
Email: mfb@braun-law.com

/s/ Jessalyn H. Zeigler
_____
JESSALYN H. ZEIGLER
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
JZeigler@bassberry.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the aforementioned document with the Clerk of Court for service of process by electronic delivery, USPS mail or electronic mail, postage prepaid and properly addressed this 6th day of July, 2017 to the following:

Jessalyn H. Zeigler
Sarah B. Miller
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201

/s/ Michael F. Braun

_____
MICHAEL F. BRAUN